FILED ORL INTAKE- USBC
9 JUL 2026 PM 1:26

'Official Form 103A  (rev. 12/17)
**Debtor 1:** Deborah Milotte  (a/k/a Debbie Milotte)
**Debtor 2 (Spouse, if filing jointly):** None
**United States Bankruptcy Court for the:** Middle District of Florida — Orlando Division
**Case number (if known):** _____          Chapter 13

# Application for Individuals to Pay the Filing Fee in Installments

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:  Specify Your Proposed Payment Timetable

1. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add up all of the payments to arrive at the total. The total must equal the entire fee for your case.

| Payment | You will pay | On or before this date |
|---|---|---|
| With the filing of the petition | $79.00 | [Date of filing] |
| Second installment | $78.00 | [Filing + 30 days] |
| Third installment | $78.00 | [Filing + 60 days] |
| Fourth (final) installment | $78.00 | [Filing + 90 days] |
| Total | $313.00 | |

## Part 2:  Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

• You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

• You must pay the entire fee no later than 120 days after you file your bankruptcy case. If the court authorizes it, however, you may have up to 180 days from the day you file to pay the whole fee, including the final installment.

• If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X _Debbie Milotte_

Signature of Debtor 1 — Deborah Milotte

Date 07 / 08 / 2026

X _____

Signature of Debtor 2 — N/A

Date ____ / ____ / _____