**[Doapvins]** [Order Approving Application to Pay Filing Fees in Installments]

ORDERED.

**Dated: July 10, 2026**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

                                                                Case No.
                                                                6:26–bk–05153–TPG
                                                                Chapter 13

Deborah Milotte


_____Debtor*_____/

### ORDER APPROVING APPLICATION TO PAY FILING FEES IN INSTALLMENTS

   THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Pay Filing Fees in Installments, Document No. 3 . The Court has considered the Application, together with the record, and finds that the Application should be approved pursuant to Fed. R. Bankr. P. 1006. Accordingly, it is

   **ORDERED:**

   1. The Debtor shall pay the filing fee in installments, by <u>cashier's check or money order only</u>, made payable to Clerk, U.S. Bankruptcy Court, and mailed or delivered to:

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

   2. The Debtor shall pay:

$ 71.00 on or before August 8, 2026

$ 71.00 on or before September 7, 2026

$ 92.00 on or before October 7, 2026

   3. Until the filing fee is paid in full, the Debtor shall not pay any money or transfer any property to any person for services in connection with this case, and no person shall accept any money or property from the Debtor as payment for services in connection with this case.

4. If the Debtor fails to make the required installment payments, the Court may enter an order dismissing the case for failure to pay the required fee or may withhold the Debtor's Discharge.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this Order on interested parties.