**[ntprbono]** [Notice to Parties Not Represented by an Attorney]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 6:26−bk−05153−TPG
                                                                            Chapter 13

Deborah Milotte


⎯⎯⎯⎯⎯⎯⎯ Debtor(s) ⎯⎯⎯⎯⎯⎯ /


### NOTICE OF FREE LEGAL RESOURCES TO
### PARTIES WHO ARE NOT REPRESENTED BY AN ATTORNEY

    **PLEASE TAKE NOTICE** that the following free legal resources are available if you are interested in help with your pro se case (cases filed without an attorney) or if you are interested in learning about qualifying to receiving pro bono (free) or reduced fee legal representation:

| FREE VIRTUAL/TELEPHONIC PRO SE CLINICS | | |
|---|---|---|
| **Middle District of Florida Bankruptcy Pro Se Clinic** | https://www.bankruptcyproseclinic.com <br><br> • Free 30−minute online or telephone consultations with a volunteer attorney. Available to individuals representing themselves in the United States Bankruptcy Court for the Middle District of Florida. | or scan the QR Code |
| **LEGAL ASSISTANCE PROGRAM FOR THE MIDDLE DISTRICT OF FLORIDA** | | |
| **Legal Assistance Program and Application for Pro Bono Counsel** | https://www.flmb.uscourts.gov/filing_without_attorney_1/legalAssistance.htm <br><br> • Low−income debtors (and in some instances their spouses and former spouses) may be eligible to receive free legal services in certain types of cases. | or scan the QR Code |

| FREE ONLINE RESOURCES | | |
|---|---|---|
| **Middle District of Florida Online Resources** | https://www.flmb.uscourts.gov/<br><br>• Click on "Filing Without An Attorney" at the top of the page.<br>• Obtain information about the bankruptcy process including free bankruptcy forms. | or scan the QR Code |

| LOCAL LEGAL AID ORGANIZATIONS AND FREE<br>VIRTUAL/TELEPHONIC PRO SE CLINICS & IN–PERSON PRO SE CLINICS | | |
|---|---|---|
| **Community Legal Services of Mid–Florida, Inc. "CLS"** | Contact Information for CLS:<br><br>• [T] 407–841–7777 *(Orange County)*<br>• [T] 352–343–0815 *(Lake County)*<br>• [T] 407–322–8983 *(Seminole County)*<br>• [T] 386–255–6573 *(Volusia County)*<br>• http://www.clsmf.org/ | or scan the QR Code |
| **Legal Aid Society of the Orange County Bar Assoc. Inc.** | Contact Information:<br><br>• [T] 407–841–8310<br>• [T] 352–629–0105 *(Marion County)*<br>• Email: info@legalaidocba.org<br>• http://www.legalaidocba.org/ | or scan the QR Code |
| **Brevard County Legal Aid, Inc.** | Contact Information:<br><br>• [T] 321–631–2500<br>• http://www.brevardcountylegalaid.org/ | or scan the QR Code |

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them.**

Employees of the United States Bankruptcy Court are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at https://www.flmb.uscourts.gov.

| OTHER ONLINE RESOURCES | | |
|---|---|---|
| **The Florida Bar Association Lawyer Referral Service** | https://www.floridabar.org/public/lrs/<br><br>• The Florida Bar Lawyer Referral Service is designed to make it easy for consumers to connect with attorneys. | or scan the QR Code |
| **The Bankruptcy Pro Bono Resource Locator** | https://bankruptcyresources.org/content/resources?state=FL<br><br>• The American Bankruptcy Institute (ABI) provides information and contact information for bankruptcy attorneys who may be able to assist you. | or scan the QR Code |
| **Florida Law Help** | https://floridalawhelp.org/<br><br>• Online Q&A Resource: Select your legal issue, answer a few questions, find the help you need. | or scan the QR Code |
| **Florida Free Legal Answers** | https://florida.freelegalanswers.org<br><br>• Online legal advice clinic in which qualifying users may post civil legal questions to be answered by volunteer Florida attorneys at no cost. | or scan the QR Code |

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

Dated  July 13, 2026

**The Clerk's office is directed to serve a copy of this Notice on the Debtor.**