Prepared by and after recording return to:
Deborah Milotte
222 Ivory Coral Lane, B3, Unit 103
Merritt Island, Florida 32954
Debtor, appearing pro se

FILED ORL INTAKE- USBC
13 JUL 2026 AM9:26

Property Appraiser's Parcel I.D. No.: 18-23-30-5120-01140
Alternate Key: 348876

*(Space above this line reserved for recording data)*

## NOTICE OF COMMENCEMENT OF BANKRUPTCY CASE
## AND OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362

NOTICE IS HEREBY GIVEN as follows:

1.    On July 9, 2026, DEBORAH MILOTTE, also known as Debbie Milotte (the "Debtor"), whose mailing address is 222 Ivory Coral Lane, B3, Unit 103, Merritt Island, Florida 32954, filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. The case was assigned Case No. 6:26-bk-05153 (the "Bankruptcy Case").

2.    The Debtor holds an interest in the following described real property located in Orange County, Florida (the "Property"):

From the N.W. corner of Lot 11 of J.H. LIVINGSTON'S SUBDIVISION OF GOVERNMENT LOT 3, Section 24, Township 23 South, Range 29 East, as per plat thereof recorded in Plat Book "B", Page 33, Public Records of Orange County, Florida, run S.14°06'38"E. along the West boundary of said Lot 11 a distance of 652.46 feet for the POINT OF BEGINNING; thence run N.76°40'31"E. 123.12 feet; thence S.20°30'00"E. 105.85 feet; thence S.49°32'49"E. 40.99 feet; thence S.20°34'16"E. 127.46 feet to the North right-of-way line of Hoffner Avenue; thence S.68°44'58"W. 15.89 feet along said right-of-way line; thence N.20°34'16"W. 119.10 feet; thence N.49°32'49"W. 23.52 feet; thence S.76°16'15"W. 130.47 feet to the West line of aforesaid Lot 11; thence N.14°06'38"W. 125.00 feet to the POINT OF BEGINNING. Containing 18,458.55 square feet, more or less. Subject to any rights-of-way, easements, or restrictions of record.

**Property Address:** 1311 Hoffner Avenue, Orlando, Florida 32809.
**Parcel I.D. No.:** 18-23-30-5120-01140 (Alternate Key 348876).

3.    Upon the commencement of the Bankruptcy Case, an automatic stay arose by operation of law under 11 U.S.C. § 362(a). The automatic stay operates as a stay, applicable to all entities, of, among other things: the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor; any act to obtain possession of, or to exercise control over, property of the bankruptcy estate; and any act to create, perfect, or enforce any lien against, or to obtain a tax deed to, foreclose upon, or otherwise dispose of, the Property. Any such act taken against the Property, including any tax deed application, tax deed sale, or foreclosure, is stayed.

**4.** This Notice is recorded in the Official Records of Orange County, Florida, to provide constructive notice to all persons of the pendency of the Bankruptcy Case and of the automatic stay affecting the Property. Any person who takes action against the Property in violation of the automatic stay may be subject to sanctions, including actual damages, costs, and attorney's fees, and in appropriate circumstances punitive damages, under 11 U.S.C. § 362(k).

**5.** Further information regarding the Bankruptcy Case may be obtained from the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. This Notice does not constitute a determination of the validity, extent, or priority of any lien or interest in the Property and does not enlarge or diminish the Debtor's interest in the Property.

Dated: July 10, 2026.

**DEBORAH MILOTTE**
Debtor, appearing pro se
222 Ivory Coral Lane, B3, Unit 103, Merritt Island, Florida 32954
Telephone: 407-492-4948
Email: Debbie@milotte.com

## ACKNOWLEDGMENT

STATE OF FLORIDA
COUNTY OF ___Brevard___

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this __10th__ day of __July_____, 2026, by DEBORAH MILOTTE, who is personally known to me or who has produced _____ as identification.

_____
Notary Public, State of Florida
Print Name: __Cynthia  Ezzell__
My Commission Expires: __5|7|2027__
Commission No.: __HH 395097__

CYNTHIA EZZELL
Notary Public - State of Florida
Commission # HH 395097
My Comm. Expires May 7, 2027
Bonded through National Notary Assn.

United States Bankruptcy Court
Middle District of Florida

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed on 07/09/2026 at 1:26 PM under Chapter 13 of the United States Bankruptcy Code.

**Deborah Milotte**
222 Ivory Coral Lane B3 Unit 103
Merritt Island, FL 32954
407-492-4948
SSN / ITIN: xxx-xx-8423

The case was assigned case number 6:26-bk-05153.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.flmb.uscourts.gov or at the Clerk's Office, George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jose A Rodriguez**
**Clerk, U.S. Bankruptcy Court**