FILED ORL INTAKE - USBC
13 JUL 2026 AM9:25

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**DEBORAH MILOTTE,**

Case No. 6:26-bk-05153
Chapter 13

Debtor.

---

## DEBTOR'S NOTICE OF FILING CERTIFICATE OF CREDIT COUNSELING

The Debtor, Deborah Milotte, appearing pro se, pursuant to 11 U.S.C. § 521(b) and Federal Rule of Bankruptcy Procedure 1007(b)(3), hereby gives notice of the filing of, and files herewith, the *Certificate of Credit Counseling* evidencing that the Debtor received the individual credit counseling briefing required by 11 U.S.C. § 109(h) prior to the commencement of this case.

The certificate is identified as follows:

> **Agency:** $$$$$Simple Class, Inc. (approved to provide credit counseling in the Middle District of Florida pursuant to 11 U.S.C. § 111)
>
> **Certificate Number:** 18132-FLM-CC-041186367
>
> **Date briefing completed:** July 9, 2026
>
> **Debt repayment plan:** None prepared.

A true and correct copy of the Certificate of Credit Counseling is attached hereto and filed herewith as evidence of the Debtor's compliance with 11 U.S.C. § 109(h).

Respectfully submitted,

**Deborah Milotte**
Debtor, appearing pro se
222 Ivory Coral Lane, B3, Unit 103
Merritt Island, Florida 32954
Telephone: 407-492-4948
Email: Debbie@milotte.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2026, a true and correct copy of the foregoing Notice, together with the attached Certificate of Credit Counseling, was served by the method indicated on the parties listed below:

Laurie K. Weatherford, Standing Chapter 13 Trustee, Post Office Box 3450, Winter Park, FL 32790 *[confirm the trustee assigned in the § 341 notice]*

Office of the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801

**Deborah Milotte**
Debtor, appearing pro se