FILED ORL INTAKE - USBC
18 SEP 2026 PM2:02

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

DEBORAH AMODEO MILOTTE,
a/k/a Deborah Milotte,
a/k/a Deborah M. Amodeo,

Debtor.
_______________________________/

Case No. 6:26-bk-05153-TPG
Chapter 13

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS (DOC. NO. 22)**

The Debtor, Deborah Amodeo Milotte, appearing pro se, responds to the Motion to Dismiss for Failure to Maintain Timely Plan Payments (Doc. No. 22) (the "Motion") filed by Laurie K. Weatherford, Chapter 13 Standing Trustee (the "Trustee"), and states:

1. On September 9, 2026, the Trustee filed the Motion asserting that the Debtor was delinquent in Plan payments in the amount of $364.44 through September 9, 2026, and that an additional payment of $364.44 would come due on September 9, 2026, for a total of $728.88 (the "Arrearage"). The Motion requests dismissal of this case unless the Debtor pays the entire Arrearage to the Trustee on or before September 30, 2026.

2. The Trustee's Report of Receipts attached to the Motion as Exhibit "A" reflected no receipts as of the date the Motion was filed.

3. The Debtor has since paid the Trustee a total of $770.00 through TFS Bill Pay, referencing Case No. 26-05153, as follows:

(a) $385.00 by automatic payment, initiated September 4, 2026, cleared September 11, 2026, and received September 14, 2026 (Transaction ID 22774827); and

(b) $385.00 by MoneyGram payment, initiated September 14, 2026, and cleared September 16, 2026 (Transaction ID 22856210).

4. A true and correct copy of the Debtor's TFS Bill Pay transaction history as of September 16, 2026, is attached as Exhibit "A."

5. The $770.00 paid exceeds the $728.88 Arrearage by $41.12 and was paid before the September 30, 2026 deadline set out in the Motion. The Debtor asks that the $41.12 excess be credited toward her next Plan payment.

6. The Debtor is now current in her Plan payments and intends to continue making the monthly Plan payment of $364.44 as each payment comes due.

7. The Debtor is also current on the filing fee installments required by the Order Approving Application to Pay Filing Fees in Installments (Doc. No. 7), having paid $79.00 (Doc. No. 6), $71.00 (Doc. No. 19), and $71.00 (Doc. No. 21). The Debtor will pay the final installment of $92.00 on or before October 7, 2026.

8. Because the Arrearage identified in the Motion has been paid in full within the time the Motion allowed, the ground for dismissal stated in the Motion no longer exists.

WHEREFORE, the Debtor, Deborah Amodeo Milotte, respectfully requests that the Court deny the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments (Doc. No. 22) as moot, and grant such other and further relief as the Court deems just and proper.

Dated: September 18, 2026.

Respectfully submitted,

Deborah Amodeo Milotte
Debtor, appearing pro se
222 Ivory Coral Lane, B3, Unit 103
Merritt Island, Florida 32954
Telephone: 407-492-4948
Email: Debbie@milotte.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2026, a true and correct copy of the foregoing Response, together with Exhibit "A," was filed with the Clerk of Court and served through the Court's CM/ECF system by Notice of Electronic Filing on all parties registered to receive electronic notice in this case, including:

Laurie K. Weatherford, Chapter 13 Standing Trustee
United States Trustee – ORL7/13, 7

Deborah Amodeo Milotte
Debtor, appearing pro se

**EXHIBIT "A"**

TFS Bill Pay Transaction History
as of September 16, 2026

TFS Dashboard Welcome, Deborah Milotte Language

All Transactions

**Name**
Deborah Milotte

**Address**
222 Ivory Coral Lane B3 Unit 103, Merritt Island, FL, 32953

**Completed Transactions**
2

**Paid via TFS**
$770.00

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| September 14, 2026 | MoneyGram Payment | 26-05153 | September 16, 2026 | | 22856210 | $385.00 | Complete |
| September 04, 2026 | Automatic Payment | 26-05153 | September 11, 2026 | September 14, 2026 | 22774827 | $385.00 | Complete |