**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**
**Orlando Division**

**IN RE:** **Case No: 6:26-bk-05153-TPG**

**DEBORAH MILOTTE**

**Debtor /** **Chapter 13**

**Notice of Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments**

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss for Failure to Maintain Timely Plan Payments filed September 09, 2026 (Document No. 22).

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 21st day of September, 2026.

**Debtor** - Deborah Milotte, 222 Ivory Coral Lane B3 Unit 103, Merritt Island, FL 32954

**/S/ LAURIE K. WEATHERFORD**

Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com