**[Dnfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:26−bk−05153−TPG
Chapter 13

Deborah Amodeo Milotte
aka Deborah Milotte
aka Deborah M Amodeo
222 Ivory Coral Lane B3 Unit 103
Merritt Island, FL 32954

Debtor* /

**NOTICE OF REQUIREMENT TO FILE A**
**CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

To receive a discharge, the Debtor must (i) complete a postpetition instructional course in personal financial management, as described in 11 U.S.C. § 111; and (ii) file a certificate of course completion issued by the instructional course provider, in accordance with Fed. R. Bankr. P. 1007(b)(7). A certification has not been filed in this case. Accordingly,

YOU ARE NOTIFIED that if the Debtor or instructional course provider fails to file the certification on or before the date of the last required plan payment or the filing of a motion for a discharge under 11 U.S.C. § 1328(b), in accordance with Fed. R. Bankr. P. 1007(c), then this case will be closed without the entry of a discharge.

If you previously submitted a certification dated prior to the petition file date of July 9, 2026, a new postpetition certification form is required.

DATED: September 24, 2026

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

Clerk's Office is directed to serve a copy of this Notice on:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.