FILED ORL INTAKE - USBC
19 OCT 2026 PM 1:02

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**DEBORAH AMODEO MILOTTE,**

Case No. 6:26-bk-05153
Chapter 13

Debtor.

---

## DEBTOR'S NOTICE OF FILING CERTIFICATE OF DEBTOR EDUCATION

The Debtor, Deborah Milotte, appearing pro se, pursuant to 11 U.S.C. § 1328(g) and Federal Rule of Bankruptcy Procedure 1007(b)(7) and 1007(c), hereby gives notice of the filing of, and files herewith, the Certificate of Debtor Education evidencing that the Debtor completed the postpetition instructional course concerning personal financial management from a provider approved pursuant to 11 U.S.C. § 111, as required by 11 U.S.C. § 1328(g).

The certificate is identified as follows:

> **Provider: $$$$$Simple Class, Inc. (approved to provide an instructional course concerning personal financial management in the Middle District of Florida pursuant to 11 U.S.C. § 111)**
>
> **Certificate Number: 18132-FLM-DE-041198849**
>
> **Date course completed: July 13, 2026**
>
> **Manner of instruction: By internet.**

A true and correct copy of the Certificate of Debtor Education is attached hereto and filed herewith as evidence of the Debtor's completion of the personal financial management course required by 11 U.S.C. § 111 and § 1328(g).

Dated: October 16, 2026

Respectfully submitted,

Deb Milotte

**Deborah Milotte**
Debtor, appearing pro se
222 Ivory Coral Lane, B3, Unit 103
Merritt Island, Florida 32954
Telephone: 321-391-2098
Email: Debbie@milotte.com

Certificate Number: 18132-FLM-DE-041198849

Bankruptcy Case Number: 26-05153

18132-FLM-DE-041198849

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 11:08 o'clock AM MDT, Deborah Milotte completed a course on personal financial management given by internet by $$$$$Simple Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: July 13, 2026

By: /s/Aaryn Lombardi

Name: Aaryn Lombardi

Title: Credit Counselor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2026, a true and correct copy of the foregoing Notice, together with the attached Certificate of Debtor Education, was served by the method indicated on the parties listed below:

Laurie K. Weatherford, Standing Chapter 13 Trustee, Post Office Box 3450, Winter Park, FL 32790

Office of the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801

Deb Milotte

**Deborah Milotte**
Debtor, appearing pro se